IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

v.                              :       CRIMINAL NO. 15-299-2

DEVON A. GRANT                  :
    *Defendant*

# O R D E R

**AND NOW** this 7th day of December 2016, upon consideration of the Government's *Motion to Dismiss Indictment* as to Devon Grant, and having been advised that Devon Grant has no objection to the Motion, it is hereby ORDERED that the Indictment is DISMISSED without prejudice as to Defendant Devon Grant.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
NITZA I. QUINONES-ALEJANDRO
*Judge, United States District Court*